# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                             Reply to Southern Division Address

July 20, 2004

Luther D. Thomas, Clerk
USDC for the Northern District of Georgia
Richard B. Russell Federal Bldg. And Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

    Re:    Colin Harvey vs. Home Depot USA, Inc., et al.
             Civil Action No.: DKC-2004-1481 LEAD
                          DKC-2004-1989 Consolidated Case

Dear Clerk:

**[ x ]  On July 19, 2004, an Order was filed transferring the above-captioned cases to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers.**

[ ]  On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

    Thank you for your cooperation and courtesy in this matter.

                                               Sincerely,

                                               Felicia C. Cannon, Clerk

                            By: _____
                                    Deputy Clerk

Enclosure

Received by: _____
Date: 7/23/04
New Case No.: 1-04-CV-2138

Letter transferring case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov